WILLIAM JENNE, Respondent, *v.* OTIS ELEVATOR
COMPANY, Appellant.

*Jenne* v. *Otis Elevator Co.*, 145 App. Div. 936, affirmed.
(Submitted January 31, 1913; decided February 25, 1913.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered June 14, 1911, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the . negligence of defendant, his
employer.

*Thomas F. Curran* for appellant.

*Arthur Rowland* and *Alvin C. Cass* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, CHASE, COL-
LIN, CUDDEBACK and MILLER, JJ.